

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00493-CR

| | | |
|---|---|---|
| Thayer Lawson | § | From the 362nd District Court |
| | § | of Denton County (F-2010-0994-D) |
| v. | § | January 29, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot